RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorney for Defendant Lindsey

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>LORENZO LINDSEY,<br><br>  Defendant. | CASE NO. 2:19-CR-00018-APG-GWF |

**STIPULATION AND ORDER TO ALLOW DEFENDANT
LINDSEY TO TRAVEL TO AND RESIDE IN CALIFORNIA**

  IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas Trutanich, United States Attorney, through Jared Grimmer, Assistant United States Attorneys; and Defendant Lorenzo Lindsay, by and through his counsel, Russell E. Marsh, Esquire, Wright Marsh & Levy, that the conditions of Mr. Lindsey's Pretrial Release be modified to allow his to travel to and from California without obtaining prior approval of Pretrial Services and to allow him to reside in California.

  1. On January 8, 2019, Mr. Lindsey was ordered released on the condition, among others, that his travel is limited to Clark County, Nevada, unless approved by Pretrial Services (ECF No. 5). This case is currently set for trial on July 15, 2019 (ECF No. 17).

  2. Mr. Lindsey would like to move to Palmdale, California, where his family lives, while this case is pending. He also requests to travel freely between California and Nevada without prior approval of Pretrial Services.

3. Pretrial Services agrees with these changes in Mr. Lindsey's conditions of release. The government does not oppose this request and concurs with the recommendation of Pretrial Services. Pretrial Services has reviewed and approved this Stipulation and Order.

Dated this 20th day of March, 2019.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Russell E. Marsh<br>     RUSSELL E. MARSH, ESQUIRE<br>     Attorney for Defendant Lindsey | BY  /s/ Jared Grimmer<br>     JARED GRIMMER<br>     Assistant U.S. Attorneys |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>LORENZO LINDSEY,<br><br>　　　　Defendant. | CASE NO. 2:19-CR-00018-APG-GWF |

Based on the Stipulation between Defendant, Lorenzo Lindsey, and the Government, through counsel, and good cause appearing,

IS IT HEREBY ORDERED that the conditions of Defendant Lindsey's pretrial release be modified as follows:

1. Mr. Lindsey may reside in California, as approved by Pretrial Services.
2. Mr. Lindsey may travel between California and Nevada without prior approval of Pretrial Services.
3. All other conditions of Pretrial Supervision remain in effect.

IT IS SO ORDERED.

DATED: March 21, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge