# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LORENZO LINDSEY,<br><br>    Defendant, | Case No. 2:19-CR-00018-APG-GWF<br><br>ORDER GRANTING MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

Based on Defendant's Unopposed Motion to Modify Conditions of Release, and good cause appearing,

IT IS HEREBY ORDERED: that the conditions of Defendant Lindsey's Pretrial release be modified as follows:

1. Mr. Lindsey is no longer required to submit to Pretrial Services for drug testing. Conditions 38 and 39 are removed from his Pretrial release conditions. *See* ECF 5.
2. All other conditions of Pretrial Supervision remain in effect.

IT IS SO ORDERED

DATE: May 20, 2019

_____
UNITED STATES MAGISTRATE JUDGE