RUSSELL E. MARSH, ESQUIRE
WRIGHT MARSH & LEVY
Nevada Bar No. 11198
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorney for Lorenzo Lindsey

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-cr-00018-APG-FJY |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE PLEA HEARING** |
| LORENZO LUCIAN LINDSEY | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the NICHOLAS A. TRUTANICH, United States of America, and SIMON KUNG, Assistant United States Attorney, counsel for the United States of America, RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, counsel for LORENZO LINDSEY; that the joint status report due on June 5, 2020 be vacated and the Plea Hearing currently scheduled for June 9, 2020 at 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

This Stipulation is entered into for the following reasons:

1. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04 (collectively with General Order 2020-03, "the General Orders"), which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered

the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020. On April 9, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued an Amendment to the Temporary General Order 2020-03 further continuing criminal trials past April 10, 2020, noting that "jury trials must be further postponed in light of the COVID-19 pandemic." Continuances in cases are now done by a case-by-case basis.

2. Defendant Lindsey is unable to travel due to the restrictions regarding the COVID-19 pandemic.

3. Lorenzo Lindsey is not detained and agrees to the continuance.

4. Government counsel does not object to this continuance.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

This is the first request for a continuance of the plea hearing date filed herein.

DATED this 26th day of May, 2020.

| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By   /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Counsel for Lorenzo Lindsey | By   /s/ Simon Kung<br>SIMON KUNG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:19-cr-00018-APG-EJY |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| LORENZO LUCIAN LINDSEY, ) | |
| Defendant. ) | |

Based on the Stipulation of the parties and good cause appearing.

IT IS HEREBY ORDERED that the Joint Status Report due on June 5, 2020 be vacated.

IT IS FURTHER ORDERED that the Plea Hearing in the above-captioned matter currently scheduled for June 9, 2020 at 9:30 a.m., be vacated and continued to August 20, 2020, at 9:30 a.m. in Courtroom 6C.

DATED this 28th day of May, 2020.

_____
ANDREW P. GORDON
United States District Judge