Russell E. Marsh, Esq.
Nevada State Bar No. 11198
Sunethra Muralidhara Esq.
Nevada State Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: Russ@wmllawlv.com

Attorneys for Lorenzo Lindsey

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Lorenzo Lindsey,<br><br>   Defendant. | Case No. 2:19-cr-00018-APG-FJY<br><br>**Stipulation To Continue Sentencing Hearing**<br><br>**(Seventh Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Russel E. Marsh, Esq. and Sunethra Muralidhara, Esq., Wright Marsh & Levy, counsel for Lorenzo Lucian Lindsey; that the Sentencing Hearing currently scheduled for April 26, 2022, at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defendant is currently in state custody and does not object to the continuance.

2. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memorandum and prepare for argument. The parties also need additional time to discuss sentencing in light of Mr. Lindsey's recently resolved state case

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the seventh request for a continuance of the sentencing hearing.

DATED this 6th day of April, 2022.

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU<br>ACTING UNITED STATES ATTORNEY |
|---|---|
| By: */s/ Russell E. Marsh*<br>   Russell E. Marsh, Esq.<br>   Sunethra Muralidhara, Esq.<br>   Attorney for Lorenzo Lindsey | By: */s/ Simon F. Kung*<br>   Simon F. Kung<br>   Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Lorenzo Lindsey,<br><br>        Defendant. | Case No. 2:19-cr-00018-APG-FJY<br><br>**ORDER** |

Based on the Stipulation of the parties, and for good cause appearing, the Court hereby continues the sentencing of Defendant Lorenzo Lindsey in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for April 26, 2022 at 10:00 a.m.., be vacated and continued to June 28, 2022 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 11th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

3