RUSSELL E. MARSH, ESQUIRE.
Nevada State Bar No. 11198
SUNETHRA MURALIDHARA, ESQUIRE
Nevada State Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: Russ@wmllawlv.com

Attorneys for Lorenzo Lindsey

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Lorenzo Lindsey,<br><br>  Defendant. | Case No. 2:19-cr-00018-APG-FJY<br><br>**Stipulation To Continue Sentencing Hearing**<br><br>**(Eighth Request)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and SIMON F. KUNG, Assistant United States Attorney, counsel for the United States of America, and RUSSELL E. MARSH, ESQUIRE and SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, counsel for Lorenzo Lucian Lindsey; that the Sentencing Hearing currently scheduled for June 29, 2022, at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

  This Stipulation is entered into for the following reasons:

1. Defendant is currently in federal custody and does not object to the continuance.

2. The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memorandum and prepare for argument. The parties also need additional time to discuss sentencing in light of Mr. Lindsey's recently resolved state cases.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the eighth request for a continuance of the sentencing hearing.

DATED this 8th day of June, 2022.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
| | UNITED STATES ATTORNEY |
| By: _s/ Russell E. Marsh_ | By: _/s/ Simon F. Kung_ |
| Russell E. Marsh, Esquire | Simon F. Kung |
| Sunethra Muralidhara, Esquire | Assistant United States Attorney |
| Attorney for Lorenzo Lindsey | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lorenzo Lindsey,<br><br>　　　　Defendant. | Case No. 2:19-cr-00018-APG-FJY<br><br>**ORDER** |

　　　Based on the Stipulation of the parties, and for good cause appearing, the Court hereby continues the sentencing of Defendant Lorenzo Lindsey in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

　　　IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for June 29, 2022 at 10:00 a.m.., be vacated and continued to September 7, 2022 at the hour of 1:30 p.m. in LV Courtroom 6C.

　　　DATED this 10th day of June, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3