RUSSELL E. MARSH, ESQUIRE
WRIGHT MARSH & LEVY
Nevada Bar No. 11198
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
russ@wmllawlv.com
Attorney for Lorenzo Lucian Lindsey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LORENZO LUCIAN LINDSEY,<br><br>    Defendant. | CASE NO. 2:19-cr-00018-APG-FJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(NINTH REQUEST)** |

    IT IS HEREBY STIPULATED AND AGREED, by and between the JASON M. FRIERSON, United States of America, and SIMON F. KUNG, Assistant United States Attorney, counsel for the United States of America, and RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, counsel for LORENZO LUCIAN LINDSEY; that the sentencing hearing currently scheduled for September 7, 2022, at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days from the current sentencing date.

    This Stipulation is entered into for the following reasons:

    1.    Defendant is currently in custody and does not object to the continuance.

    2.    The parties need additional time to determine their positions regarding sentencing, gather and prepare support for their positions, file sentencing memorandum and prepare for argument.

    3.    The parties agree to the requested continuance.

    4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the ninth request for a continuance of the sentencing hearing.

DATED this 19th day of August, 2022.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| By /s/ Russell E. Marsh | By /s/ Simon F. Kung |
| RUSSELL E. MARSH, ESQUIRE | SIMON F. KUNG |
| Counsel for Lorenzo Lucian Lindsey | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br> )<br>       vs. )<br> )<br>LORENZO LUCIAN LINDSEY )<br> )<br>       Defendant. )<br>_____ ) | CASE NO. 2:19-cr-00018-APG-FJY<br><br>**ORDER** |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Lorenzo Lucian Lindsey in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for September 7, 2022, at 1:30 p.m., be vacated and continued to November 9, 2022, at 10:00 a.m. in Courtroom 6C.

DATED this 22nd day of August, 2022.

_____
ANDREW P. GORDON
United States District Judge