1  RUSSELL E. MARSH, ESQUIRE
   WRIGHT MARSH & LEVY
2  Nevada Bar No. 11198
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  Phone: (702) 382-4004
   Fax: (702) 382-4800
5  russ@wmllawlv.com
   Attorney for Lorenzo Lucian Lindsey
6

7
                    UNITED STATES DISTRICT COURT
8
                          DISTRICT OF NEVADA
9

10
   UNITED STATES OF AMERICA,          )
11                                     )   CASE NO. 2:19-cr-00018-APG-FJY
        Plaintiff,                     )
12                                     )   **STIPULATION TO CONTINUE**
        vs.                            )   **SENTENCING HEARING**
13                                     )
   LORENZO LUCIAN LINDSEY,             )   **(ELEVENTH REQUEST)**
14                                     )
        Defendant.                     )
15 _____    )

16      IT IS HEREBY STIPULATED AND AGREED, by and between the JASON M. FRIERSON,

17 United States of America, and EDWARD G. VERONDA, Assistant United States Attorney, counsel

18 for the United States of America, and RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH &

19 LEVY, counsel for LORENZO LUCIAN LINDSEY; that the sentencing hearing currently scheduled

20 for December 14, 2022, at 1:30 p.m., be vacated and continued to a date and time convenient to the

21 Court, but no sooner than 60 days from the current sentencing date.

22      This Stipulation is entered into for the following reasons:

23      1.   Defendant is currently in custody and does not object to the continuance.

24      2.   The parties need additional time to prepare and file sentencing memoranda and

25 prepare for sentencing. Counsel also requires time to review the Revised PSR and consider their

26 positions with respect to it.

27      3.   In addition, defense counsel will be out of town and unavailable on the current date

28 of sentencing.

4. The parties agree to the requested continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the eleventh request for a continuance of the sentencing hearing.

DATED this 6th day of December, 2022.

| WRIGHT MARSH & LEVY | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| By  /s/ Russell E. Marsh | By  /s/ Edward G. Veronda |
| RUSSELL E. MARSH, ESQUIRE | EDWARD G. VERONDA |
| Counsel for Lorenzo Lucian Lindsey | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:19-cr-00018-APG-FJY |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| LORENZO LUCIAN LINDSEY ) | |
| ) | |
| Defendant. ) | |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Lorenzo Lucian Lindsey in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, because the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for December 14, 2022, at 1:30 p.m., be vacated and continued to February 16, 2023, at 10:00 a.m. in Courtroom 6C.

DATED this 7th day of December, 2022.

_____
ANDREW P. GORDON
United States District Judge