**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00018-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| LORENZO LUCIAN LINDSEY, | |
| Defendant | |

I ORDER the United States of America to file a response to defendant Lorenzo Lindsey's motion for transfer to federal custody (ECF No. 92) by June 5, 2024.

DATED this 20th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE