# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff<br><br>v.<br><br>LORENZO LUCIAN LINDSEY,<br><br>　　　Defendant | Case No.: 2:19-cr-00018-APG-EJY<br><br>**Order Denying Motion for Transfer to Federal Custody**<br><br>[ECF No. 92] |

　　　Defendant Lorenzo Lindsey moves for an order transferring him into federal custody. ECF No. 92. The United States opposes. ECF No. 94.

　　　Lindsey contends that the terms of his plea agreement stipulated that he "was supposed to be remanded into Federal Custody . . . ." ECF No. 92 at 2. His plea agreement contains no such language. *See* ECF No. 46. He also argues that, at his sentencing hearing, I "explicitly ordered and endorsed this arrangement." ECF No. 92 at 2. The minutes of that hearing do not reflect that, and I do not recall ordering or agreeing to that. I ordered that some of his sentence would run concurrently with, and some of it would run consecutively to, his pre-existing state court sentence. That means he is to serve the consecutive portion of the federal sentence after he completes the state sentence. The Bureau of Prisons calculates his sentence and credits, not me.

　　　I THEREFORE ORDER that Lindsey's motion **(ECF No. 92) is denied**.

　　　DATED this 18th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE